UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____Houston_____ DIVISION

Appendix A
United States Courts
Southern District of Texas
F I L E D

JUN 27 2025

Nathan Ochsner, Clerk of Court

Dzorvakpor Leslie_____    §
                                    §
                                    §    CIVIL ACTION NO. _____
versus                              §
                                    §
Fujifilm Diosynth Biotechnologies___§
                                    §
_____     §
_____     §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.    The Plaintiff is:          Dzorvakpor Leslie

      Address:                   PO Box 380106 Cambridge MA 02238


      County of Residence:       Suffolk

3.    The defendant is:          Fujifilm Diosynth Biotechnologies

      Address:                   3939 Fujifilm Way, College Station

                                 TX 77845

☐    Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.    The plaintiff has attached to this complaint a copy of the charges filed on 03/21/2025 with the Equal Opportunity Commission.

5.    On the date of 03/25/2025____, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6.　Because of the plaintiff's:

(a)　☑　race

(b)　☑　color

(c)　☑　Sex

(d)　☐　Religion

(e)　☑　national orgin,

the defendant has:

(a)　☐　failed to employ the plaintiff

(b)　☑　terminated the plaintiff's employment

(c)　☐　failed to promote the plaintiff

(d)　☐　other: _____

_____

_____

7.　When and how the defendant has discriminated against the plaintiff:

Plaintiff was discriminated against and wrongfully terminated on May 16th of 2024.

_____

_____

8.　The plaintiff requests that the defendant be ordered:

(a)　☐　to stop discriminating against the plaintiff

(b)　☐　to employ the plaintiff

(c)　☐　to re-employ the plaintiff

(d)　☐　to promote the plaintiff

(e)　☑　to ___Acknowledge and compensate for unlawful employment practices,___

2

and damages caused to plaintiff. _____

_____ and that;

(f)    ☐    the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____

(Signature of Plaintiff)


Address:        PO Box 380106 Cambridge MA 02238


Telephone:      336-554-4949


3

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/25/2025

**To:** Mr. Leslie Dzorvakpor
5603 Hiddenlake dr
Browns Summit, NC 27214

Charge No: 460-2024-05502

EEOC Representative and email:      ELOISA CASTRO
Investigator Support Assistant
eloisa.castro@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because the facts alleged in the charge fail to state a claim under any of the laws enforced by EEOC.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-05502.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
03/25/2025
Rayford O. Irvin
District Director

JS 44  (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Dzorvakpor Leslie

**(b)** County of Residence of First Listed Plaintiff    **Suffolk**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dzorvakpor Leslie, PO Box 380106 Cambridge MA 02238, 336-554-4949

## DEFENDANTS

Fujifilm Diosynth Biotechnologies

County of Residence of First Listed Defendant    **Brazos**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

United States Courts
Southern District of Texas
FILED

JUN 27 2025

Attorneys *(If Known)*

Nathan Ochsner, Clerk of Court

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Rights Act of 1964 for employment discrimination, 42 U.S.C § 2000e-5

Brief description of cause:
Violation(s) of the Civil Right Act of 1964 for employment discrimination

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
20 Jun 2025

SIGNATURE OF ATTORNEY OF RECORD
*L DDehn*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

Case 4:25-cv-03054    Document 1    Filed 06/27/25 in TXSD    Page 6 of 6

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Retail

US POSTAGE PAID
$10.10
Origin: 02446
06/25/25
2400040146-38

PRIORITY MAIL®

0 Lb 2.30 Oz

RDC 03

EXPECTED DELIVERY DAY:   06/30/25

B050

SHIP
TO:
PO BOX 61010
HOUSTON TX 77208-1010

USPS TRACKING® #

9505 5108 4647 5176 0829 39

UNITED
POSTAL

Expected delivery date spe
Domestic shipments includ
USPS Tracking® service inc
Limited international insura
When used internationally, a

surance does not cover certain iter
mestic Mail Manual at *http://pe.us*
See International Mail Manual at *htt*

FLAT RATE EN
NE RATE- ■ ANY WEIGHT

RACKED ■ INS

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

how2recycle.info
PAPER
POUCH

FROM: Dzorvakpor Leslie
PO Box 380106
Cambridge, MA 02238

United States Courts
Southern District of Texas
FILED
JUN 27 2025
Nathan Ochsner, Clerk of Court

TO: US District Court
PO Box 61010
Houston, TX 77208

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. This package is sold for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved. Misuse may be a violation of federal law.